UNITED STATES of America, Plaintiff–Appellee

v.

**Salvador CUELLAR–RAMIREZ, Defendant–Appellant.**

No. 13–40624
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

May 2, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, H. Michael Sokolow, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before REAVLEY, JONES, and PRADO, Circuit Judges.

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

The judgment of the district court is affirmed because the prior conviction of defendant in Texas court for delivery of marijuana was a drug trafficking offense, warranting the 16–level enhancement of his sentence. *United States v. Marban–Calderon,* 631 F.3d 210 (5th Cir.2011).

AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.